# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Josh Newton et al., ) | Case No. 1:22-mc-00053 |
| ) | |
| Plaintiffs, ) | Judge Donald C. Nugent |
| ) | |
| vs. ) | |
| ) | |
| Innovationly SK d.o.o., ) | |
| dba Aid & Aim Tactical, ) | |
| ) | |
| Defendant. ) | |

### Notice of Withdrawal of Alan Burger, Esq. as Counsel for Plaintiffs

In accordance with L.R. 83.9, plaintiffs Josh Newton, Sheepdog Tactical Gear LLC, and Eleven 10, LLC hereby provide notice that Alan Burger, Esq. is withdrawing as one of the attorneys for plaintiffs. Mr. Burger, a Florida-based attorney, originally appeared as counsel for plaintiffs in the above-captioned case when it was filed in the U.S. District Court for the Middle District of Florida. Now that the case has been transferred to this Court, Mr. Burger will no longer represent plaintiffs in this action. Matthew J. Cavanagh, Esq. will continue to represent plaintiffs in this action. Because Mr. Burger is from the same McDonald Hopkins LLC law firm as Mr. Cavanagh, L.R. 83.9 provides that Mr. Burger may effect his withdrawal by notice without obtaining leave of Court.

Respectfully submitted,

Dated: November 23, 2022

 s/ Matthew J. Cavanagh
Matthew J. Cavanagh (OH 0079522)
McDonald Hopkins LLC
600 Superior Avenue, East, Ste. 2100
Cleveland, Ohio 44114
t 216.348.5400 │ f 216.348.5474
mcavanagh@mcdonaldhopkins.com

*Counsel for Plaintiffs*