# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Josh Newton et al., )<br>)<br>    Plaintiffs, )<br>)<br>vs. )<br>)<br>Innovationly SK d.o.o., )<br>dba Aid & Aim Tactical, )<br>)<br>    Defendant. ) | Case No. 1:22-mc-00053<br><br>Judge Donald C. Nugent |

## **Plaintiffs' Notice of Settlement and Withdrawal of Motion**

Plaintiffs Josh Newton, Sheepdog Tactical Gear LLC, and Eleven 10, LLC hereby provide notice that Eleven 10 has settled its dispute with defendant Innovationly SK d.o.o. in the case from which this miscellaneous action springs: *Eleven 10 LLC v. Innovationly SK d.o.o.*, No. 1:21-cv-2207 (N.D. Ohio). As part of that settlement, Eleven 10 and Innovationly agreed to a consent judgment and permanent injunction, and the parties jointly moved today, December 12, 2022, to have the Court enter that stipulated order to close the main case. Because the parties' settlement resolves the main case, plaintiffs' motion to quash the subpoenas that issued from that case is now moot, plaintiffs thus withdraw that motion, and the Court should dismiss this case accordingly.

Respectfully submitted,

Dated:  December 12, 2022

  s/ Matthew J. Cavanagh  
Matthew J. Cavanagh (OH 0079522)  
McDonald Hopkins LLC  
600 Superior Avenue, East, Ste. 2100  
Cleveland, Ohio 44114  
t 216.348.5400 | f 216.348.5474  
mcavanagh@mcdonaldhopkins.com

*Counsel for Plaintiffs*

{10844789: }